# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129637

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBAN LEE AUTHOR CALIFF,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129637
COA: 254134
Wayne CC: 02-002374-01

      On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

s1219

                          Clerk